UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WEBSITE BILLING.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISA U.S.A., INC. and VISA INTERNATIONAL SERVICE ASSOCIATION, INC., <br><br> Defendants. | CASE NO. 01-7563-Civ-Roettger <br><br> FILED by _____ D.C. <br> JAN 2 5 2002 <br> CLARENCE MADDOX <br> CLERK U.S. DIST. CT. <br> S.D. OF FLA. FT. LAUD. <br><br> MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT |

Plaintiff, Website Billing.Com, Inc., hereby moves for a twenty-day enlargement of time to respond to Defendants Visa U.S.A., Inc. and Visa International Service Association, Inc.'s Motion to Dismiss Plaintiff's Complaint, and states:

1. Plaintiff's response to said Motion is due to be served today.

2. Because of other conflicting matters and on-going discussions between the parties, undersigned counsel is requesting a twenty-day enlargement to serve its response.

3. Counsel submits that good cause exists for the granting of this Motion and that it is not being interposed for the purposes of delay.

4. Counsel for Defendants has consented to the granting of this Motion.

W:\L.it\3617\0005/M0064843 v.1; 1/25/02 02:25 PM

KLUGER, PERETZ, KAPLAN & BERLIN, P.A. • MIAMI CENTER, SEVENTEENTH FLOOR, 201 SO. BISCAYNE BLVD., MIAMI, FL 33131 • (305) 379-9000

CASE NO. 01-7563-Civ-Roettger

WHEREFORE, Plaintiff, Website Billing.Com, Inc., respectfully requests that this Court enter an Order enlarging the time to serve its response to Defendants' Motion to Dismiss Plaintiff's Complaint through and including February 14, 2002.

Respectfully submitted,

Kluger, Peretz, Kaplan & Berlin, P.A.
17th Floor Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131
Telephone:(305) 379 9000
Facsimile:(305) 379 3428

By: _____
Michael B. Chesal
Florida Bar No. 775398

## Certificate of Service

WE HEREBY CERTIFY that a copy of the foregoing was faxed and mailed to Walter J. Tache, Esq., Zuckerman Spaeder LLP, 201 South Biscayne Boulevard, Suite 900 Miami Center, Miami, Florida 33131 on January 25, 2002.

By: _____